907 A.2d 1004

IN THE MATTER OF RUSSELL T. KIVLER, AN ATTORNEY AT LAW (ATTORNEY NO. 001351973).

October 13, 2006.

## CORRECTED ORDER

This matter having been presented to the Court on the motion of the Office of Attorney Ethics to compel **RUSSELL T. KIVLER** of **TRENTON,** who was admitted to the bar of this State in 1973, to comply with the Court's Order of May 3, 2005;

And **RUSSELL T. KIVLER** having been ordered to show cause why he should not be temporarily suspended from practice or why the Court should not take such other action as it deems appropriate to compel compliance with the Court's Order of May 3, 2005;

And good cause appearing;

It is ORDERED that **RUSSELL T. KIVLER** is temporarily suspended from the practice of law until he complies with the Court's Order of May 3, 2005, by providing the Office of Attorney Ethics with the report of a mental health professional attesting to respondent's fitness to practice law, the suspension to be effective immediately and to continue until the further Order of the Court; and it is further

ORDERED that **RUSSELL T. KIVLER** be restrained and enjoined from practicing law during the period of suspension; and it is further

ORDERED that **RUSSELL T. KIVLER** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.